IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHLEEN EISELE,  No. 3:24-cv-00764-HZ

        Plaintiff,  JUDGMENT

  v.

HOME DEPOT U.S.A., INC., a Delaware corporation,

        Defendant.

HERNÁNDEZ, Senior Judge:

    Based on the record, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant. Pending motions, if any, are denied as moot.

DATED: March 3, 2025.

_____
MARCO A. HERNÁNDEZ
United States Senior District Judge